IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCIEN LABBE,

    Plaintiff,

v.                                                   Civ. No. 25-547 KK/GBW

MONSANTO COMPANY,

    Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER comes before the court on Plaintiff's First Amended Complaint and Jury Demand. *Doc. 6*. On June 12, 2025, the Court issued an Order to Show Cause directing Plaintiff to amend its Complaint and Jury Demand (*doc. 2*) to properly allege diversity jurisdiction. *Doc. 5*. On June 16, 2025, Plaintiff filed his First Amended Complaint and Jury Demand, which alleges that Plaintiff is a resident of and is domiciled in the State of New Mexico, and that Defendant is a "Delaware corporation with its principal place of business in St. Louis, Missouri." *Doc. 6* at 1. Given these allegations, the Court is satisfied that there is complete diversity of the parties and that the Court has jurisdiction over this matter under 28 U.S.C. § 1332(a).

IT IS THEREFORE ORDERED that the Court's Order to Show Cause (*doc. 5*) is QUASHED.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE